JPML FORM 1A                          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __323__ -- __IN RE "FINE PAPER" ANTITRUST LITIGATION__

| Date | No. Code | |
|------|----------|---|
| 11/4/77 | 1 | MOTION, BRIEF, CERT. OF SERVICE -- Plaintiffs Herst Litho, Inc., Wallis L. Weinper, et al., Copies Unlimited, Inc., State of Connecticut, Phillip Meroney, et. al., William Fels, etc. and Pengad Companies, Inc. |
| | | SUGGESTED TRANSFEREE DISTRICT -- DISTRICT OF CONNECTICUT |
| 11/16/77 | 2 | CROSS-MOTION FOR TRANSFER, BRIEF and CERT. OF SVC. -- DEFENDANTS |
| | | Boise Cascade Corp., Champion International Corp. Nekoosa Corp., Hammermill Paper Co., International Paper Co., Meade Corp., Potlatch Corp., St. Regis Paper Co., Scott Paper Co., Union Camp., Wausau Paper Mills Co., Westvaco Corp. and Weyerhaeuser Co. |
| | | SUGGESTED TRANSFEREE DISTRICT -- Southern District of Ohio (ea) |
| 11/17/77 | | APPEARANCE -- GRANVIL I. SPECKS, ESQ. for Herst Litho and Merony |
| | | LAWRENCE WALNER for LaThomus |
| | | GENE MESH, ESQ. for Copies Unlimited, Inc. |
| | | LEONARD BARRACK, ESQ. For William Fels |
| | | ARNOLD LEVIN ESQ. for J & B. Toy and Stationery |
| | | JOSEPH W. COTCHETT, ESQ. for State of South Dakota |
| | | WARREN RUBIN, ESQ. for The Pengad Companies, Inc. |
| | | JEREMIAH F. HALLISEY ESQ. for William Grader |
| | | MAX L. GILLAM, ESQ for Boise Cascade Corp. |
| | | GORDON B. SPIVACK, ESQ. for Champion International Corp. |
| | | HOWARD T. MILMAN, ESQ. for Crown Zellerbach Corp. |
| | | RICHARD K. DECKER, ESQ. for Great Northern Nekoosa Corp. |
| | | DONALD HARDISON, ESQ. for Hammermill Paper Co. |
| | | ERWIN C. HENINGER, ESQ. for International Paper Co. |
| | | H. BLAIR WHITE, ESQ. for Kimberly-Clark Corp. |
| | | XMXX HAROLD F. BAKER, ESQ. for The Mead Corp. |
| | | ALLAN N. LITTMAN, ESQ. for Potlatch Corp. |
| | | ROBERTS B. OWEN, ESQ. for Scott Paper Co. |
| | | H. RICHARD WACHTEL, ESQ. for St. Regis Paper Co. |
| | | ROBERT J. BAGDASARIAN, ESQ. for Union Camp. Corp. |
| | | (rew) |
| 11/18/77 | 3 | RESPONSE, MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION FOR TRANSFER-- Moses Jaroslawicz w/cert. of svc. (ea) |
| 11/18/77 | 4 | MOTION, BRIEF (JOINDER IN BRIEF NO. 1) -- South Dakota and Grader w/cert. of svc. |
| | | Suggested N.D. Illinois as alternative transferee district (ea) |
| 11/18/77 | 5 | RESPONSE -- Defendants Boise Cascade Corp.; Champion International Corp.; Great Northern Nekoosa Corp.; Hammermill Paper Co.; International Paper Co.; The Mead Corp.; Potlatch Corp.; St. Regis Paper Co.; Scott Paper Co.; Union Camp; Wausau Paper Mills Co.; Westvaco Corp.; & Weyerhaeuser Co. w/cert. of svc. (ea) |

Case MDL No. 323   Document 1   Filed 05/04/15   Page 2 of 25

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. ___2____

DOCKET NO. 323 -- IN RE "FINE PAPER" ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 11/28/77 | | APPEARANCE -- James B. Loken, Esquire for Wausau Paper Mills Co. (rew) |
| 11/28/77 | | APPEARANCE -- Norris L. O'Neill, Esq. for State of Connecticut (rew) |
| 11/28/77 | | APPEARANCE -- Erwin C. Heninger, Esq. for International Paper Co.(rew) |
| 11/28/77 | | APPEARANCE -- Jeremiah F. Hallisey, Esq. for William Grader |
| 11/29/77 | 8 | REPLY -- Movant-Plaintiffs, w/cert. of service |
| 11/30/77 | | LETTER -- GREAT NORTHERN NEKOOSA CORP. -- dated Nov. 28, 1977 signed by Richard K. Decker correcting response No. 2       (rew) (attached to response No. 2) |
| 11/30/77 | | REQUEST FOR EXTENSION OF TIME -- 13 Moving Defendants -- Granted until December 16, 1977 (notified by phone)       (cds) |
| 12/5/77 | 6 | RESPONSE -- Crown Zellerbach Corp. w/cert. of svc. (ea) |
| 12/5/77 | 7 | CROSS-MOTION FOR TRANSFER -- Kimberly-Clark Corp. w/cert. of svc. (ea) Suggested Transferee District: N.D. Illinois. |
| 12/19/77 | 9 | REPLY -- GREAT NORTHERN NEKOOSA CORP. -- w/cert. of service       (cds) |
| 12/19/77 | | REQUEST FOR EXTENSION OF TIME -- 13 Defendants -- Granted to 12/19/77(cds |
| 12/29/77 | | HEARING ORDER setting A-1 through A-10 for hearing -- Jan. 27, 1978 Miami, Florida |
| 1/5/78 | | CORRECTION TO HEARING ORDER to add motion of plaintiffs -- Notified counsel |
| 1/6/78 | 10 | MOTION, BRIEF, SCHEDULE -- Plaintiff Magazine Management Co., Inc. for transfer of all actions to the S.D.New York and also transfer of B-1 Magazine Management Co. v. Boise Cascade S.D.N.Y., C.A. No. 77-5445 |
| 1/6/78 | | APPEARANCE -- HAROLD E. KOHN, ESQ. for Magazine Management Co., Inc. |
| 1/6/78 | | AMENDED SCHEDULE A to include B-1 Magazine Management Co v. Boise Cascade Corp.,S.D.N.Y., 77-5445 from plaintiff Magazine Management |
| 1/9/78 | | AMENDMENT TO HEARING ORDER to add B-1 Magazine Management Co., Inc. v. Boise Cascade Corp., et al., S.D.N.Y. C.A. No 77-5445 |
| 1/11/78 | 11 | JOINDER IN MOTION -- STATE OF ILLINOIS -- w/cert. of service and complaint attached (cds) |
| 1/12/78 | | AMENDMENT TO HEARING ORDER AND SCHEDULE OF MATTERS FOR HEARING -- setting B-2 for hearing in Miami, Florida, January 27, 1978 (ea) |
| 1/13/78 | 12 | JOINDER IN MOTION -- PLAINTIFF STATE OF MISSOURI -- w/cert. of service and Exhibits A and B (cds) |
| 1/16/78 | 13 | JOINDER IN MOTION OF PLAINTIFFS (No. 1) -- Campbell Office Supply Co. w/cert of service (C-1) Campbell Ofc. Supply v. Boise Cascade, N.D. Ill, C.A. No. 77C4759       (rew) |
| 1/16/78 | | AMENDMENT TO HEARING ORDER AND SCHEDULE OF MATTERS FOR HEARING -- January 27, 1978 -- Miami, Florida #### -- setting C-1 and C-2 for oral argument. (ea). |
| 1/18/78 | 14 | BRIEF OF INTERESTED PARTY -- Plaintiff C-3 JOLI GREETING CARD CO., INC. w/cert of service |
| 1/18/78 | | APPEARANCE -- ALAN D. BLACK, ESQ for Joli Greeting Card Co., Inc. |
| 1/20/78 | 15 | RESPONSE -- Defendants: Boise Cascade Corp.; Champion Inter'l Corp.; Great Northern Nekoosa Corp.; Hammermill Paper Co.; Inter'l Paper Co.; The Mead Corp.; Potlatch Corp.; St. Regis Paper Co.; Scott Paper Co.; Union Camp; Wausau Paper Mills Co.; Westvaco Corp.; and Weyerhaeuser Co. w/cert of svc. (ea) |

JPML FORM 1A -- Continuation          DOCKET ENTRIES -- p. __3__

DOCKET NO. __323__ -- IN RE "FINE PAPER" ANTITRUST LITIGATION _____

| Date | No. Code | |
|------|------|---|
| 1/20/78 | | LETTER -- Plaintiff Joli Greeting Card Co. requesting permission to be included in 1/27/78 Hearing regarding (C-3) action and basis of filing response number 14. |
| 1/20/78 | | ORDER -- Amending Hearing Order and Schedule to Include C-3 Joli Greeting Card Co. Inc. v. Boise Cascade Corp., et al., E.D. Pa., C.A. No. 78-171 |
| 1/23/78 | 16 | JOINDER IN MOTION -- Plaintiff State of Minnesota w/cert. of svc. (ea) to add C-4 -- State of Minnesota v. Boise Cascade,Corp., et al. C.A. No. 3-78-37, D. Minnesota.                    (ea) |
| 1/24/78 | | WAIVER OF ORAL ARGUMENT -- The State of Missouri.  For hearing held on January 27, 1978 in Miami, Florida. (ea) |
| 2/21/78 | 17 | MOTION -- State of Oregon -- To Defer Ruling (emh) |
| 2/22/78 | 18 | LETTER -- Defendants counsel dated 2/22/78 -- with letter and opinion and order of Judge David S. Porter in S. Ohio (cds) |
| 2/22/78 | 19 | RESPONSE TO STATE OF OREGON'S MOTION TO DEFER RULING -- Plaintiffs Connecticut, Illinois, Nebraska, South Dakota, William Fels William Grader, Herst Litho, Inc. Moses Jaroslawicz, Magazine Management, Inc. Phillip Meroney, Pengad Companies, Inc. and Wallis L. Winper w/cert. of service |
| 2/28/78 | | LETTER -- submitted in response to Baker's letter of 2/22/78 -- Granvil I. Specks.         (ea) |
| 3/2/78 | 20 | SUPPLEMENTAL MEMORANDUM OF THIRTEEN DEFENDANTS(Boise Cascade Corp., Champion International, Great Northern Nekoosa Corp., Hammermill Paper Co., International Paper Co., Mead Corp., Potlatch Corp., St. Regis Paper Co., Scott Paper Co., Union Camp., Wausau Paper Mills Co., Westvaco Corp., Weyerhauser Co.) w/cert. of service |
| 3/3/78 | | ORDER -- Denying State of Oregon's motion for the Panel to defer ruling and order of transfer in this litigation -- Notified counsel(cds |
| 3/3/78 | | OPINION AND ORDER -- Transferring A-1 through C-2 to the Eastern District of Pennsylvania and assigned to the Hon. Joseph L. McGlynn, Jr. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved judges and counsel (cds) |
| 3/3/78 | | CONSENT OF TRANSFEREE COURT -- for Judge Joseph L. McGlynn, Jr. to handle litigation in the Eastern District of Pennsylvania under 28 U.S.C. §1407 |
| 3/8/78 | | C-4 Minnesota v. Boise Cascade Corp., D. Minn, 3-78-37 |
| | | C-5 Artcraft Press, Inc. v. Boise Cascade, D. Minn., 4-78-74 |
| | | C-6 Oregon v. Boise Cascade, D. Org., 78-105 |
| | | C-7 David Weis Wholesale Jewelers, Inc. v. Boise Cascade Corp., N.D. Il 78C195 |
| | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| | | C-8 Arkansas v. Boise Cascade, Corp., E.D. Ar., C-78-28 |
| | | C-9 Kanter d/b/a Ever Ready Kanter Press v. Boise Cascade, S.D.N.Y. 78 Civ 91 |
| | | C-10 Arizona v. Boise Cascade, D. Ariz., Civ-78-66-CAM |
| | | C-11 Nebraska v. Boise Cascade, D. Nebr, 77-L-246 |
| | | C-12 Iowa v. Boise Cascade Corp., S.D.Iowa, 78-22-2 |
| | | CTOs filed today.  Notified counsel and involved judges. (rew) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 4

DOCKET NO. 323 -- IN RE "FINE PAPER" ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 3/20/78 | | APPEARANCES -- ROBERT P. MALLORY, ESQ. for Ingram Paper Co. |
| | | RICHARD K. DECKER, ESQ. for Butler Paper Co. |
| | | ROYCE O. GRIFFIN, ESQ. for State of Arkansas |
| 3/21/78 | | APPEARANCE -- WILLIAM F. RAISCH, ESQ. for State of Iowa |
| 3/24/78 | | NOTICE OF OPPOSITION -- BLAKE, MOFFITT & TOWNE, INC. to |
| | | CONDITIONAL TRANSFER OF C-10 ARIZ . V. BOISE CASCADE CORP., |
| | | ET AL., D. Ariz., Civ-78-66-CAM |
| 3/24/78 | | C-4 State of Minn. v. Boise Cascade Corp., et al.,D. Minn.,.C.A. |
| | | No. 3-78-37 |
| | | C-5 Artcraft Press, Inc.,etc. v. Boise Cascade Corp., et al., |
| | | D. Minn., C.A. No. 4-78-74 |
| | | C-6 State of Oregon, etc. v. Boise Cascade Corp.,et al., D. Oregon, |
| | | C. A. No. 78-105 |
| | | C-7 David Weis Wholesale Jewelers, Inc., et al. v. Boise Cascade |
| | | Corp., et al., N.D.Ill., C. A. No. 78Cl95 |
| | | C-8 State of Arkansas v. Boise Cascade Corp., et al.,E.D.Ark., |
| | | C. A. No. LR C-78-28 |
| | | C-9 Irving Kanter d/b/a Ever Ready-Kanter Press v. Boise Cascade |
| | | Corp., et al., ~~C. A. No.~~ S.D.N.Y., C.A.No. 78-Civ-91 |
| | | C-11 State of Nebraska v. Boise Cascade Corp.,et al., D. Nebr. |
| | | C. A. No. 77-L-246 |
| | | C-12 State of Iowa v. Boise Cascade Corp., et al., S.D.Iowa, |
| | | C. A. No. 78-22-2 |
| | | CONDITIONAL TRANSFER ORDERS FINAL TODAY. NOTIFIED INVOLVED CLERKS |
| | | AND JUDGES. (EA) |
| 3/27/78 | | APPEARANCE -- WILLIAM D. BAKER for Graham Paper Company (cds) |
| 3/27/78 | | C-13 State of Colorado v. Boise Cascade Corp., et al., D. Colorado, |
| | | Civil Action No. 78-F-0128 |
| | | C-14 State of Kansas v. Boise Cascade Corp., et al., D. Kansas, |
| | | Civil Action No. 78-4075 |
| | | CTO FILED TODAY. Notified Involved Counsel and Judges (emh) |
| 3/30/78 | | APPEARANCE -- LAERENCE WALNER, ESQ. for Campbell Office Supply Co. (rew) |
| 4/11/78 | 21 | MOTION TO VACATE CTO, BRIEF IN SUPPORT OF MOTION, AFFIDAVIT -- C-10 |
| | | State of Arizona v. Boise Cascade, et al., D. Ariz.,C.A.#78-66-PHXCAM |
| | | -- Defendant Blake, Moffitt & Towne, Inc. (ea) |
| 4/12/78 | | C-13 State of Colorado v. Boise Cascade Corp., et al. D. ~~Kansas~~ Colorado |
| | | Civil Action No. 78-F-0128 |
| | | C-14 State of Kansas v. Boise Cascade Corp., et al. D. Kansas #78-4075 |
| | | CTO FINAL TODAY. Notified involved Clerks and Judges (emh) |
| 4/25/78 | | C-15 Fred Ernst, d/b/a Stat/Fax Stationers, et al. v. Boise Cascade Corp. |
| | | N.D. Calif., C.A.No. C 78 0722RHS |
| | | C-16 The State of California, et al. v. Boise Cascade Corp., et al., |
| | | N.D. Calif., C.A.No. C78 0774 SW |
| | | CTO's FILED TODAY. Notified involved counsel and Judges.(emh) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 5

DOCKET NO. 323 --    IN RE FINE PAPER ANTITRUST LITIGATION

| Date | No. Code | |
|------|----------|---|
| 4/26/78 | 22 | RESPONSE -- Graham Paper Company -- to Motion to Vacate CTO |
| | | C-10 State of Arizona v. Boise Cascade Corp., et al.,D. Ariz. |
| | | C. A. No. Civ-78-66-CAM -- With cert. of svc. (ea) |
| 4/28/78 | 23 | RESPONSE -- State of Arizona to motion to vacate CTO w/cert. of svc. |
| | | C-10 State of Arizona v. Boise Cascade Corp.,et al., D. Ariz. |
| | | C. A. No. Civ-78-66-CAM. BRIEF. (ea) |
| 4/28/78 | 24 | BRIEF IN OPPOSITION to Motion to Vacate CTO -- State of Arizona |
| | | v. Boise Cascade Corp. et al., D. Arizona -- Motion to Vacate |
| | | CTO, D. Ariz., C. A. No. Civ-78-66-CAM (ea) |
| 5/1/78 | | HEARING ORDER -- setting C-10 State of Arizona v. Boise Cascade |
| | | Corp., et al., D. Ariz., C. A. No. Civ-78-66-CAM |
| | | for hearing held in Phil., Pa., on May 26, 1978. (ea) |
| 5/1/78 | | C-17 The State of Louisiana, et rel William J. Guste, Jr. v. Boise |
| | | Cascade Corp., et al., E. D. La., C. A. No. 78-1253-Sec-C |
| | | C-18 State of Utah v. Boise Cascade Corp., et al.,D. Utah., C.A.No. |
| | | C78-0131 |
| | | CONDITIONAL TRANSFER ORDERS filed today, notified involved |
| | | counsel and judges. (ea) |
| 5/2/78 | 24 | RESPONSE -- Ingram Paper Company -- to Motion to Vacate CTO and |
| | | retain for pretrial -- C-10 State of Arizona v. Boise Cascade Cop |
| | | Corp., et al., D. Ariz., C. A. no. Civ-78-66-CAM. (ea) |
| 5/5/78 | | C-15 Fred Ernst, d/b/a Stat/Fax Stationers, et al. v. Boise Cascade |
| | | Corp., N.D. Calif., C.A. No. C78-0722RHS |
| | | C-16 The State of California,et al., v. Boise Cascade Corp., et al., |
| | | N,D. California, C.A. No. C78-0774 SW |
| | | NOTICE OF OPPOSITION -- Filed by Neil S. Cumsky, Esq., counsel for |
| | | defendant Blake, Moffitt & Towne, Inc. (emh) |
| 5/5/78 | 25 | RESPONSE -- Carpenter/Offutt Paper, Inc. to Motion to Vacate |
| | | CTO -- C-10 State of Arizona v. Boise Cascade Corp., et al., |
| | | D. Ariz., C.A.No. 78-66-PHX-CAM. ### w/cert. of svc. (ea) |
| 5/8/78 | | NOTICE C-18 State of Utah v. Boise Cascade Corp., et al., D.Utah, |
| | | C.A. No. C-78-0131 |
| | | NOTICE OF OPPOSITION -- Defendant Blake, Moffitt & Towne, Inc. (emh) |
| 5/9/78 | | C-19 State of New Mexico v. Boise Cascade Corp., et al., D. |
| | | New Mexico, C.A. No. CIV-78-262-P |
| | | CTO FILED TODAY. Notified involved counsel and Judges. (emh) |
| 5/11/78 | | Certificate of Service for pleading No. 25. (ea) |
| 5/12/78 | 30 | C-15 FRED ERNST C-16 STATE OF CALIF. and C-18 STATE OF UTAH |
| | | MOTION AND BRIEF TO VACATE CTO's w/cert. of service -- BLAKE MOFFITT |
| | | & TOWNE AND SAXON INDUSTRIES (rew) |
| 5/12/78 | | ORDER -- AMENDING HEARING ORDER to include C-15, C-16 & C-18 to be |
| | | Heard May 26, 1978 in Philadelphia, Pa. and accelerating |
| | | briefing time for responses to May 23, 1978 |
| 5/17/78 | | C-17 The State of Louisiana, et rel William J. Guste, Jr. v. Boise |
| | | Cascade Corp., et al., E.D.LA., C.A.No. 78-1253-Sec-C |
| | | CTO final today. Notified involved ~~clerks~~ clerks and judges.(ea) |
| 5/22/78 | | APPEARANCE -- ANDREW W. BUFFMIRE, ESQ. for the State of Utah (cds) |
| 5/22/78 | 26 | REPLY/BRIEF -- State of California joined by State of Utah -- w/cert. |
| | | of service (cds) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. ___6.___

DOCKET NO. _323_ -- In re Fine Paper Antitrust Litigation

| Date | No. Code | |
|------|----------|---|
| 5/23/78 | | HEARING APPEARANCES FOR MAY 26, 1978 Hearing: |
| | |     JACK E. BROWN, ESQ. for Blake Moffitt, Towne, Inc. and |
| | |         Saxon Industries |
| | |     DAVID L. GROVE, ESQ. for Carpenter/Offutt Paper Inc. |
| | |     PATRICIA A. METZGER, ESQ. for The State of Arizona |
| | |     ANDREW W. BUFFMIRE, ESQ. for The State of Utah |
| | |     JEREMIAH F. HALLISEY, ESQ. for Fred Ernst, dba Stat Fax (cds) |
| 5/23/78 | 27 | REPLY/BRIEF -- State of Utah -- w/cert. of service (cds) |
| 5/23/78 | 28 | REPLY/BRIEF -- Plaintiff Fred Ernst dba Stat Fax Stationers -- w/cert. of service (cds) |
| 5/25/78 | | C-19 State of New Mexico v. Boise Cascade Corp., et al., D. New Mexico, C.A. No. CIV-78-262-P |
| | | CTO FINAL TODAY.  Notified Clerks and Judges (emh) |
| 5/25/78 | 29 | RESPONSE -- Ingram Paper Company -- w/cert. of service (cds) |
| 6/2/78 | | CORRECTION OF ORAL ARGUMENT -- May 26, 1978 -- State of Arizona w/cert. of svc.     (ea) |
| 6/2/78 | | AMMENDED CERTIFICATE OF SERVICE -- State of California (cds) |
| 7/11/78 | | C-10 State of Arizona v. Boise Cascade Corp., et al., D. Ariz., C.A. No. Civ-78-66-CAM |
| . | | C-15 Fred Ernst, d/b/a Stat/Fax Stationers, et al. v. Boise Cascade Corp., et al., N.D.Ca., C.A.No. C-78-0722-CBR |
| | | C-16 The State of California, et al. v. Boise Cascade Corp., et al., N. D. Cal., C. A. No. C78-0774-CBR |
| | | C-18 State of Utah v. Boise Cascade Corp., et al., D. Utah, C.A.No. C-78-0131 |
| | | OPINION AND ORDER FILED TODAY, transferring above-referenced cases to the E. D. Penn., for consolidated or coordinated pretrial processing under 28 U.S.C. §1407 assigned to the Honorable Joseph L. McGlynn, Jr.,     (ea) |
| 7/26/78 | | APPEARANCE - Change in address -- ALAN H. MACLIN, ESQ. for St. of Minn.(cs |
| 8/7/78 | | C-20 The State of Alaska, et al. v. Boise Cascade, et al., D. Alaska, C.A. No. A78-193-CIV |
| | | CONDITIONAL TRANSFER ORDER FILED TODAY -- NOTIFIED INVOLVED COUNSEL AND JUDGES (cds) |
| 8/18/78 | | C-21 The State of Washington v. Boise Cascade Corp., et al., W.D. Wash., C. A. No. C78-359M |
| | | CTO FILED TODAY.  NOTIFIED INVOLVED COUNSEL AND JUDGES.  (ea) |
| 8/23/78 | | C-20 The State of Alaska, et al. v. Boise Cascade, et al., D. Alaska, C.A. No. A78-193-CIV |
| | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified involved judges and clerks (cds) |
| 9/7/78 | | C-21 The State of Washington v. Boise Cascade Corp., et al., W.D. Wash., C.A. No. C78-359M |
| | | CTO FINAL TODAY.  Notified involved clerks and judges. (ea) |
| 9/28/78 | | C-22 Commonwealth of Massachusetts v. Boise Cascade Corp., D.Mass., C.A.No. 78-2210-T |
| | | C-23 State of Montana v. Boise Cascade Corp.,D.Montana, C.A.No. CV-78-56-BU |
| | | CTO's FILED TODAY.  Notified involved counsel and Judges(emh) |

DOCKET NO. 323 -- In re "Fine Paper" Antitrust Litigation

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 10/16/78 | | C-22 Commonwealth of Massachusetts v. Boise Cascade Corp., et al.,D.Mass.,C.A.No. 78-2210-T<br>C-23 State of Montana v. Boise Cascade Corp., et al., D.Mont.,C.A. No. CV-78-56-BU<br>CTO's FINAL TODAY. Notified Counsel & Judges (emh) |
| 2/23/79 | | C-24 State of Tennessee v. Boise Cascade Corp., et al., M.D.Tenn., C.A.No. 79-3035<br>CONDITIONAL TRANSFER ORDER FILED TODAY. Notified involved counsel and judges. (ea) |
| 3/13/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY --<br>  C-24 State of Tenn. v. Boise Cascade Corp., et al., M.D.Tenn., C.A.No. 79-3035<br>NOTIFIED INVOLVED CLERKS AND JUDGES.   (emh) |
| 3/22/79 | | C-25 State of New Hampshire v. Boise Cascade Corp., et al., D. New Hampshire, C.A. No. C79-58<br>CONDITIONAL TRANSFER ORDER FILED TODAY. Notified involved counsel and judges. (ea) |
| 4/9/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY --<br>C-25 State of New Hampshire v. Boise Cascade Corp., et al., D. New Hampshire, C.A. No. C79-58 -- Notified involved judges and counsel (rew) |
| 4/12/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY --<br>C-26 Franz Stationery Co. v. Boise Cascade Corp., et al., N.D.Ill., #79-C-1090<br>C-27 Milbank Mutual Ins. Co., et al. v. Boise Cascade Corp., et al. D.Minn., #Civ-4-79-102<br>C-28 Eagle Drugs, Inc. v. Boise Cascade Corp., et al., D.Minn., #Civ-4-79-108<br>C-29 The Hennepin Press, Inc., et al. v. Boise Cascade Corp., et al., D.Minn., #Civ-4-79-111<br>  -- NOTIFIED INVOLVES JUDGES AND COUNSEL (cds) |
| 4/25/79 | | APPEARANCE -- William D. Flaskamp, Esquire for Federated Insurance Company and Milbank Mutual Insurance Co.   (rew) |
| 4/30/79 | | APPERANCE -- Walter E. Riorden, Esq. for Hennepin Press, Inc. (rew) |

Case MDL No. 323   Document 1   Filed 05/04/15   Page 8 of 25

DOCKET NO. 323 -- IN RE "FINE PAPER" ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 4/30/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (C-26 thru C-29) -- |
| | | C-26 Franz Stationery Co. v. Boise Cascade Corp., et al., N.D.Ill., °79-C-1090 |
| | | C-27 Milbank Mutual Ins. Co., et al. v. Boise Cascade Corp., et al. D.Minn., °Civ-4-79-102 |
| | | C-28 Eagle Drugs, Inc. v. Boise Cascade Corp., et al., D.Minn., °Civ-4-79-108 |
| | | C-29 The Hennepin Press, Inc., et al. v. Boise Cascade Corp., et al., D.Minn., °Civ-4-79-111 |
| | | NOTIFIED INVOLVED JUDGES AND CLERKS  (emh) |
| 5/17/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- |
| | | C-30 National School Studios, Inc., et al. v. Boise Cascade Corp., et al., D.Minn., No. 4-79-181 |
| | | C-31 Royal Stationery Company, et al. v. Boise Cascade Corp et al., D.Minn., No. 4-79-180 |
| | | NOTIFIED INVOLVED COUNSEL AND JUDGES (cds) |
| 5/29/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- |
| | | C-32 Advertising Unlimited, Inc., et al. v. Boise Cascade Corp., et al., D.Minn., C.A.No. 4-79-237 |
| | | NOTIFIED INVOLVED COUNSEL AND JUDGES.    (emh) |
| 6/4/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- |
| | | C-30 National School Studios, Inc., et al. v. Boise Cascade Corp., et al., D.Minn., C.A. No. 4-79-181 |
| | | C-31 Royal Stationery Co., et al. v. Boise Cascade Corp., et al., D.Minn., C.A. No. 4-79-180 |
| | | NOTIFIED CLERKS AND JUDGES.    (emh) |
| 6/14/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- |
| | | C-32 Advertising Unlimited, Inc., et al. v. Boise Cascade Corp., et al. D.Minn., C.A.No. 4-79-237 |
| | | NOTIFIED CLERKS AND JUDGES.    (emh) |
| 80/01/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-35) American Lutheran Churchboard of Publications, etc. v. Boise Cascade Corp., et al., D.Minn., C.A. No. 3-79-632 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 80/01/29 | | CONDITIONAL TRANSFER ORDER FINAL  TODAY -- (C-35) American Lutheran Churchboard of Publications, etc. v. Boise Cascade Corp., et al., D.Minn., C.A. No. 3-79-632 -- NOTIFIED INVOLVED JUDGES AND CLERKS  (rew) |

Pg. 9

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/10/2 | 3 | MOTION FOR REMAND, BRIEF, SCHEDULE,AFFADIVIT, w/cert. of svc. -- Pltf. State of Arizona.  (ds) |
| 80/10/08 | | ORDER DENYING REMAND of C-10 State of Arizona v. Boise Cascade Corp., et al., E.D. Penn., C.A. No. 78-2463 (D.Ariz., 78-66 PHX CAM)    (emh) |

DOCKET NO. 323 ___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_591-9889_

_Closed 6/8/81_

CAPTION: IN RE "FINE PAPER" ANTITRUST LITIGATION

==================================================================

Summary of Panel Actions

Date(s) of Hearing(s) __1/27/78__ _____ _____ _____

Consolidation Ordered __3/3/78__     Consolidation Denied _____

Opinion and/or Order __3/3/78__

Citation __446 F.Supp. 759__  __7/11/78__  __453 F.Supp. 118__  _____

Transferee District __Eastern District of Pennsylvania__  Transferee Judge __Honorable Joseph L. McGlynn, Jr.__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Herst Litho, Inc. v. Boise Cascade Corp., et al. | N.D.Ill Kirkland | 77-C-2563 | 3/3/78 | 78-907 | 6/18/81 | |
| A-2 | Weinper, Wallis and Pearl B. LaThomus d/b/a LaThomas & Co. v. Boise Cascade Corp., et al. | N.D.Ill Kirkland | 77-C-3468 | 3/3/78 | | D+S | |
| A-3 | Copies Unlimited, Inc. v. Boise Cascade Corp., et al. | S.D.Ohio Porter | C-1-429 | 3/3/78 | 78-973 | 6/18/81 | |
| A-4 | State of Connecticut v. Boise Cascade Corp., et al. | D. Conn Blumenfeld | H-77-357 | 3/3/78 | 78-1044 | 6/18/81 | |
| A-5 | Phillip Meroney and Ruth Meroney v. Boise Cascade Corp., et al. | D. Conn Blumenfeld | H-77-517 | 3/3/78 | 78-1046 | 6/18/81 | |
| A-6 | William Fels t/a Fels Printing Co. v. Boise Cascade Corp., et al. | D.Conn Blumenfeld | H-77-542 | 3/3/78 | 78-1045 | 6/18/81 | |
| A-7 | The Pengad Companies, Inc. v. Boise Cascade Corp., et al. | E.D.Pa. Broderick | 77-3352 | | | 6/18/81 | |
| A-8 | Moses Jaroslawicz, etc. v. Boise Cascade Corp., et al. | E.D. Pa. McGlynn | 77-3183 | | | 6/18/81 | |

1

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | State of South Dakota v. Boise Cascade Corp., et al. | D. S.Dak Bogue | Civ 77-3034 | 3/2/78 | 78-864 | 6/18/81 | |
| A-10 | William Grader v. Boise Cascade Corp., et al. | N.D.Cal Renfrew | C77-2435-CBR | 3/2/78 | 78-972 | 6/18/81 | |
| B-1 | Magazine Management Co., Inc. v. Boise Cascade Corp., et al. | S.D.N.Y. Carter | 77 Civ 5445 | 3/1/78 | 78-908 | 6/18/81 | |
| B-2 | The State of Illinois v. Boise Cascade Corp., et al. | N.D.Ill Bua | 77C 4735 | 3/3/78 | 78-905 | 6/18/81 | |
| C-1 | Campbell Office Supply Co., etc. v. Boise Cascade Corp., et al. | N.D.Ill Leighton | 77C4759 | 3/3/78 | 78-906 | 6/18/81 | |
| C-2 | State of Missouri v. Boise Cascade Corp., et al. | W.D.Mo. HUNTER | 77-4317 CV-C | 3/3/78 | 78-1095 | 6/18/81 | |
| C-3 | Joli Greeting Card Co., Inc. v. Boise Cascade Corp., et al. | E.D.Pa. McGlynn | 78-171 | | | 6/18/81 | |
| C-4 | State of Minnesota v. Boise Cascade Corp., et al. | D. MINN. | 3-78-37 | 3/24/78 | 78-1051 | 6/18/81 | |
| C-5 | Artcraft Press, Inc., etc. v. Boise Cascade Corp., et al. | D. Minn | 4-78-74 | 3/24/78 | 78-1097 | 6/18/81 | |
| C-6 | State of Oregon, etc. v. Boise Cascade Corp., et al. | D. Org. | 78-105 | 3/24/78 | 78-1050 | 6/18/81 | |
| C-7 | David Weis Wholesale Jewelers, Inc., et al. v. Boise Cascade Corp., et al. | N.D.Ill Marshall | 78C195 | 3/24/78 | 78-1120 | 6/18/81 | |
| C-8 | State of Arkansas v. Boise Cascade Corp., et al. | E.D.Ark | LR C-78-28 | 3/24/78 | 78-1716 | 6/18/81 | |
| C-9 | Irving Kanter d/b/a Ever Ready-Kanter Press v. Boise Cascade Corp., et al. | S.D.N.Y. | 78 Civ 91 | 3/24/78 | 78-1169 | 6/18/81 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-10 | State of Arizona v. Boise Cascade Corp., et al. *opposed* | D. Ariz. Muecke | Civ-78-66-CAM | 7/11/78 | 78-2463 | 6/18/81 | |
| C-11 | State of Nebraska v. Boise Cascade Corp., et al. 3/8/78 | D. Nebr. Urbom | 77-L-246 | 3/24/78 | 78-1049 | 6/18/81 | |
| C-12 | State of Iowa v. Boise Cascade Corp., et al. 3/8/78 | S.D.Iowa Hanson | 78-22-2 | 3/24/78 | 78-1096 | 6/18/81 | |
| ~~XXXX~~ | | | | | | | |
| XYZ-1 | Pennsylvania Paper & Supply Co. v. Boise Cascade Corp., et al. Dismissed | E.D.PA. | 78-388 | | | 5/5/78 | |
| XYZ-2 | Philadelphia Newspapers Inc. v. Boise Cascade Corp., et al. | E.D.PA. | 77-3921 | | | 11/16/77 | |
| C-13 | State of Colorado v. Boise Cascade Corp., et al. 3/27/78 | D.Colo. Finesilver | 78-F-0128 | 4/12/78 | 78-1359 | 6/18/81 | |
| C-14 | State of Kansas v. Boise Cascade Corp., et al. 3/27/78 | D.Kan Rogers | 78-4075 | 4/12/78 | 78-1437 | 6/18/81 | above 1978 |
| C-15 | Fred Ernst, d/b/a/ Stat/Fax Stationers, et al. v. Boise Cascade, Corp., et al. Imposed (5/5/78) 5/05/78 | N.D.Cal Schnacke | C 78 0722 | 7/11/78 | 78-2495 | 6/18/81 | |
| C-16 | The State of California, et al. v. Boise Cascade Corp., et al. 5/25/78 Opposed (5/5/78 | N.D.Cal WILLIAMS | C78 0774 | 7/11/78 | 78-2494 | 6/18/81 | |
| C-17 | The State of Louisiana, et rel William J. Guste, Jr. v. Boise Cascade Corp. et al. 5/1/78 | E.D.LA. | 78-1253-Sec-C | 5/1/78 | 78-2494 | 6/18/81 | |
| C-18 | State of Utah v. Boise Cascade Corp., et al. opposed 5/8/78 5/1/78 | D. Utah Anderson | C-78-0131 | 7/11/78 | 78-2656 | 6/18/81 | |

9

DOCKET NO. 323 __ -- In re "Fine Paper" Antitrust Litigation _____ -- P. 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-19 ✓ | State of New Mexico v. Boise Cascade Corp., et al. 5/5/78 | D.N.M. Payne | CIV-78-262-P | 5/5/78 | 78-1934 | ×6/18/81 | |
| | *Filed 1978 - 24 etc/5  xx2/2 Dis/27 Reg.* *Note - Oppositions pending on (C-10; C-15; C-16; C-18)* | | | | | | |
| C-20 | The State of Alaska, et al. v. Boise Cascade Corp., et al. 8/7/78 | D.Alaska Fitzgerald | A78-193-CIV | 8/23/78 | 78-2958 | ×6/18/81 | |
| C-21 | The State of Washington v. Boise Cascade Corp., et al. 8/18/78 | W.D.Wash. McGovern | C78-359M | 9/7/78 | 78-3081 × | 6/18/81 | |
| C-22 | Commonwealth of Massachusetts v. Boise Cascade Corp., et al. 9/28/78 | D.Mass. Tauro | 78-2210-T | 10/6/78 | 78-3766 | ×6/18/81 | |
| C-23 | State of Montana v. Boise Cascade Corp., et al. 9/28/78 | D.Mont. Murray | CV-78-56-BU | 10/6/78 | 78-3576 | ×4/18/81 | |
| C-24 | State of Tennessee v. Boise Cascade Corp., et al. 2/23/79 | M.D.Tenn. Wiseman | 79-3035 | 3/13/79 | 79-1088 | ×6/18/81 | |
| C-25 | State of New Hampshire v. Boise Cascade Corporation, et al. 3/22/79 | D.N.H. Devine | C79-58 | 4/9/79 | 79-1367 | ×6/18/81 | |

DOCKET NO. 323 -- In re "Fine Paper" Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-26 | Franz Stationery Co. v. Boise Cascade Corp., et al. 4/12/79 | N.D.Ill. Crowley | 79-C-1090 | 4/30/79 | 79-1983 | 6/18/81 | |
| C-27 | Milbank Mutual Insurance Co., et al. v. Boise Cascade Corp., et al. 4/12/79 | D.Minn. Lord | Civ-4-79-102 | 4/30/79 | 79-1682 | x 6/18/81 | |
| C-28 | Eagle Drugs, Inc. v. Boise Cascade Corp., et al. 4/12/79 | D.Minn. Devitt | Civ-4-79-108 | 4/30/79 | 79-1683 | 6/18/81 | |
| C-29 | The Hennepin Press, Inc., et al. v. Boise Cascade Corp., et al. 4/12/79 | D.Minn. MacLaughlin | Civ-4-79-111 | 4/30/79 | 79-1684 | 6/18/81 | |
| XYZ-30 | The Mead Corp. v. Boise Cascade Corp., et al. | E.D.Pa. McGlynn | 79-1022 | ~~———~~ x | | 10/7/81 | |
| C-30 | National School Studios, Inc., et al. v. Boise Cascade Corp., et al. 5/17/79 | D.Minn. McLaughlin | 4-79-181 | 6/4/79 | 79-2216 | 6/18/81 | |
| C-31 | Royal Stationery Company, et al. v. Boise Cascade Corp., et al. 5/17/79 | D.Minn. Alsop | 4-79-180 | 6/4/79 | 79-2215 | 6/18/81 | |
| C-32 | Advertising Unlimited, Inc., et al. v. Boise Cascade Corp., et al. 5/29/79 | D.Minn. Devitt | 4-79-237 | 6/14/79 | | 10/15/79 6/18/81 | |
| XYZ-33 | Comm. of Penna. v. Boise Cascade Corp., et al. | E.D.Pa. | 78-1295 | | | | |
| XYZ-34 | Archdiocese of Phila. v. Boise Cascade Corp., et al. | E.D.Pa. | 78-1692 | | | 6/18/81 | |

July 1979 — 41 TR / 8 XYZ / 49 TOTAL / 3 DIS'D / 46 Pdg.

July 1982 — Closed

9

DOCKET NO. 323 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-35 | The American Lutheran Churchboard of Publications, etc. v. Boise Cascade Corp., et al. *1/1/80* | D.Minn. Alsop | 3-79-632 | 1/29/80 | 80-55 | 6/8/81 | |
| C-36 | Susan R. Pate, et al. v. Boise Cascade Corp., et al. | N.D.Calif. Schnacke | 80-1895 | | | | *Remanded to Superior Ct. prior to trans* |
| C-37 | County of Alameda, et al. v. Boise Cascade Corp., et al. | N.D.Calif. Williams | 80-1896 | | | | |

*July 1980 - 42 TR / 8 XYZ / 4 DIS / 46 Pg*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| XYZ-38 | Am. Intl. v. Hammermill Paper Co., et al. | E.D.Pa. | 80-0463 | | | *6/8/81* | |

*July 1981 - 41 TR / 8 XYZ / 4 Dis / 46 Pg.*
*(A-2 dis'd prior to Tr)*
*July 1980 - Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 323 ___ -- __IN RE "FINE PAPER" ANTITRUST LITIGATION__

Liaison Counsel appointed per J. McGlynn's Order April 27, 1978

| PLAINTIFFS LIAISON COUNSEL | DEFENDANT'S LIAISON COUNSEL |
|---|---|
| Harold E. Kohn, Esquire | Patrick W. Kittredge, Esquire |
| Kohn, Savett, Marion & Graf | 22nd Floor PSS Bldg. |
| 1214 IVB Bldg. | 12 S. 12th  Street |
| 1700 Market Street | Philadelphia, Penna.   19107 *(215)* |
| Philadelphia, Pa.   19103 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 323 -- IN RE "FINE PAPER" ANTITRUST LITIGATION

---

HERST LITHO, INC. (A-1)
PHILLIP MERONEY AND RUTH MERONEY
  d/b/a BOURBON HOUSE OF GIFTS (A-5)
Granvil I. Specks, Esquire
Specks & Goldberg, Ltd.
180 North LaSalle Street
Suite 2316
Chicago, Illinois  60601
CAMPBELL OFFICE SUPPLY CO. (C-1)
WALLIS L. WEINBER AND PEARL B.
LaTHOMUS d/b/a LaThomus & Co. (A-2)
Lawrence Walner, Esq.
Lawrence Walner & Assoc., Ltd.
2006 Randolph Dr., Suite 7205
Chicago, Illinois 60601

STATE OF CONNECTICUT (A-4)
Norris L. O'Neill, Esq.
Kleinman, O'Neill, Steinberg & Lapuk
99 Pratt Street
Hartford, Connecticut  06103

WILLIAM FELS t/a Fels Printing (A-6)
Leonard Barrack, Esquire
Barrack, Rodos & McMahon
2000 Market Street
Philadelphia, Pa.  19103

THE PENGAD COMPANIES, INC. (A-7)
Warren Rubin, Esquire
Gross & Sklar, P.C.
1630 Locust Street
Philadelphia, Pa.  19103

JOLI GREETING CARD CO. (C-3)
Allen D. Black, Esquire
Fine, Kaplan and Balck
1845 Walnut Street, 23rd Floor
Philadelphia, Penna. 19103

COPIES UNLIMITED (A-3)
Gene Mesh, Esquire
2005 Central Trust Tower
Cincinnati, Ohio  45202

MOSES JARASLAWICZ d/b/a Toy and
  Stationery (A-8)
Arnold Levin, Esquire
Adler, Barish, Danield,
  Levin & Creskoff
2nd Floor, Rohm & Haas Bldg.
Philadelphia, Pa.  19106

STATE OF SOUTH DAKOTA (A-9)
Joseph W. Cotchett, Esquire
Cotchett, Hutchinson & Dyer
4 West 4th Avenue
Suite 500
San Mateo, CA  94402

WILLIAM GRADER (A-10)
Jeremiah F. Hallisey, Esq.
O'Brien & Hallisey
One California St.
Suite 2245
San Francisco, Calif.  94111

BOISE CASCADE CORPORATION
Max L. Gillam, Esquire
Latham & Watkins
555 South Flower Street
Los Angeles, Calif.  90071

CHAMPION INTERNATIONAL CORP.
Gordon B. Spivack, Esquire
Lord, Day & Lord
25 Broadway
New York, New York  10004

ZELLERBACH PAPER CORP.
CROWN ZELLERBACH CORP.
Howard T. Millman, Esquire
Sullivan & Cromwell
125 Broad Street
New York, New York  10004

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __323__ -- IN RE "FINE PAPER" ANTITRUST LITIGATION

BUTLER PAPER CO.

• GREAT NORTHERN NEKOOSA CORP.
Richard K. Decker, Esquire
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, Illinois  60603

• HAMMERMILL PAPER CO.
Donald L. Hardison, Esquire
Bergson, Borkland, Margolis & Adler
11 DuPont Circle, N.W.
Washington, D. C . 20036

• INTERNATIONAL PAPER CO.
Erwin C. Heninger, Esquire
Mayer, Brown & Platt
231 South LaSalle St.
Chicago, Illinois  60604

• KIMBERLY CLARK CORP.
H. Blair White, Esq.
Sidley & Austin
One First National Plaza
Chicago, Illinois  60603

• THE MEAD CORPORATION
Harold F. Baker, Esquire
Howrey & Simon
1730 Pennsylvania Ave., N.W.
Washington, D.C.  20006

• POTLATCH CORP.
Allan N. Littman, Esquire
Pillsbury, Madison & Sutro
225 Bush Street
P.O. Box 7880
San Francisco, CA  94102

MAGAZINE MANAGEMENT CO., INC. (B-1)
Harold E. Kohn, Esquire
Kohn, Savett, Marion & Graf
1214 IVB Building
1700 Market Street
Philadelphia, Pa.  19103

STATE OF MISSOURI (C-1)
Walter O. Theiss, Esquire
Assistant Attorney General
AntitrustDivision
Jefferson City, Mo. 65101

• SCOTT PAPER CO.
Roberts B. Owen, Esquire
Covington & Burling
888 Sixteenth Street, N.W.
Washington, D. C.  20006

• ST REGIS PAPER CO.
H. Richard Wachtel, Esquire
LeBoeuf, Lamb, Leiby
  & MacRae
140 Broadway
New York, New York  10005

• UNION CAMP CORPORATION
Robert J. Bagdasarin, Esq.
Breed, Abbott & MOrgan
153 E. 53rd St.
Citycorp Center
New York, New York 10022

• WAUSAU PAPER MILLS CO.
James B. Loken, Esquire
Faegre & Benson
1300 Northwestern Bank Bldg.
Minneapolis, Minnesota  55402

• WESTVACO CORP.
John D. Swartz, Esquire
Swartz, Stark, Andron
  & Haberman
1133 Avenue of the Americas
New York, New York  10036

• WEYERHAEUSER CO.
John H. Morrison, Esquire
Jeffrey M. Cross, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601

THE STATE OF ILLINOIS (B-2)
John E. Noel
Assistant Attorney General
State of Illinois
Antitrust Division
188 W. Randolph - Suite 2118
Chicago, Illinois  60601

FEDERATED INSURANCE CO.
MILBANK MUTUAL INS. CO.
William D. Flaskamp, Esq.
2250 IDS Center, 80 South Eighth St.
Minneapolis, Minnesota  55402

JPML FORM 2A -- Continuation

Attorney List -- p. __3__

DOCKET NO. _323_ -- __FINE PAPER ANTITRUST LITIGATION__

---

STATE OF MINNESOTA (C-4)
Alan H. Maclin, Esq.

Special Assistant, Attorney General
Antitrust Division
720 American Bldg., 150 E. Kellogg Blvd.
St. Paul, Minnesota

ARTCRAFT PRESS, INC. (C-5)
Jack L. Chestnut, Esquire
Chestnut, Brooks & Burkard
900 Midland Bank Building
Minneapolis, Minn.   55401

STATE OF OREGON (C-6)
James Kirkham Johns, Esquire
Asst. Attorney General
Department of Justice
100 State Office Bldg.
Salem, Oregon  97310

DAVID WEIS WHOLESALE JEWELERS, ET AL. (C-7)
Michael L. Freed, Esq.
Much, Shelist, Freed
Dennenberg & Ament
135 S. LaSalle, Suite 2323
Chicago, Illinois 60602

STATE OF ARKANSAS (C-8)
Royce O. Griffin, Esquire
Deputy Attorney General
Antitrust Division
122 National Old Line Bldg.
Little Rock, Arkansas  72201

IRVING KANTER (C-9)
Stanley M. Grossman, Esquire
Pomerantz, Levy, Haudek & Block
295 Madison Avenue
New York, New York  10017

STATE OF ARIZONA (C-10)
Attorney General
State of Arizona
Antitrust Section
Economic Protection Div.
159 Capitol Bldg.
Phoenix, Arizona  85007

STATE OF NEBRASKA (C-11)
Paul L. Douglas, Esquire
Attorney General
2115 State Capitol
Lincoln, Nebraska  68509

STATE OF IOWA (C-12)
William F. Raisch, Esquire
Asst. Attorney General
State Capitol
Des Moines, Iowa  50319

INGRAM PAPER CO.
Robert P. Mallory, Esq.
Lawler, Felix & Hall
700 South Flower Street
Los Angeles, Calif.  90017

STATE OF COLORADO (C-13)
Robert F. Hill, Esquire
Asst. Attorney General
Antitrust Section
1525 Sherman Street
Denver, Colorado  80203

STATE OF KANSAS (C-14)
Wayne E. Hundley, Esquire
Carl M. Anderson, Esq.
Antitrust Division
2nd Floor, Kansas Judicial Center
Topeka, Kansas  66612

JPML FORM 2A -- Continuation

Attorney List -- p. __4__

DOCKET NO. _323_ -- _FINE PAPER ANTITRUST LITIGATION_

| | |
|---|---|
| **BLAKE, MOFFITT & TOWNE, INC.**<br>Neil Stewart Cumsky, Esquire<br>Brown & Bain<br>222 North Central Avenue<br>Phoenix, Arizona  85004 | SEABOARD PAPER CO.<br>615 2nd St.<br>San Francisco, Calif.  94107 |
| **NATIONWIDE PAPER INC.**<br>Agent<br>U. S. Corp.<br>Luhrs Tower<br>Phoenix, Arizona  85007 | J. C. PAPER CO., INC.<br>P.O. Box 848<br>San Jose, Calif.  95106 |
| | NOLAND PAPER CO.<br>6600 Valley View<br>Buena Park, Calif.  90620 |
| **STEWART PAPER CO.**<br>Agent<br>Arthur D. Ehiereich<br>1301 Union Bank Bldg.<br>Phoenix, Arizona  85007 | STATE OF LOUISIANA (C-17)<br>William J. Guste, Jr.<br>Attorney General<br>Lousiaiana Dept. of Justice<br>2-3-4 Loyola Bldg., Suite 700<br>New Orleans, La.  70112 |
| **GRAHAM PAPER CO.**<br>William D. Baker, Esquire<br>Rawlins, Ellis, Burrus & Kiewit<br>Suite 2300 Valley Bank Center<br>Phoenix, Arizona  85073 | STATE OF UTAH (C-18)<br>Andrew W. Buffmire, Esq.<br>Office of the Attorney General<br>State of Utah<br>419 Boston Bldg.<br>9 Exchange Place<br>Salt Lake City, Utah  84111 |
| **CARPENTER OFFUTT PAPER CO.**<br>David L. Grove, Esquire<br>Montgomery, McCracken, Walker<br>  and Rhoads<br>Three Parkway, 20th Floor<br>Philadelphia, Pa. | DIXON PAPER CORP.<br>P.O. BOX 5286<br>Denver, Colorado  80217 |
| **FRED ERNEST (C-15)**<br>Same as (A-10) | STATE OF NEW MEXICO (C-19)<br>Toney Anaya, Esquire<br>Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, New Mexico  85703 |
| **STATE OF CALIFORNIA**  (C-15)<br>Patricia A. Cutler, Esq.<br>Deputy Attorney General<br>Department of Justice<br>State Building<br>San Francisco, Calif.  94102 | STATE OF ALASKA (C-20)<br>Mark E. Ashburn, Esq.<br>Assistant Attorney General<br>Department of Law<br>Anchorage Branch<br>420 L. Street<br>Anchorage, Alaska 99501 |

JPML FORM 2A -- Continuation

DOCKET NO. 323 __ IN RE "FINE PAPER" ANTITRUST LITIGATION

THE STATE OF WASHINGTON (C-21)
Thomas L. Boeder, Esq.
Senior Assistant Attorney General
Office of the Attorney General
Dexter Horton Building
Seattle, Washington  98104

COMMONWEALTH OF MASSACHUSETTS (C-22)
Steven J. Greenfogel
Alan L. Kovacs
Barry S. Rosen
Assistant Attorney General
Antitrust Division
Public Protection Bureau
One Ashburton Place, Rm. 1902
Boston, Massachusetts  02108

STATE OF MONTANA (C-23)
Mike Greely
Attorney General
State of Montana
State Capitol
Helena, Montana  59601

Jerome J. Cate, Chief
Antitrust Enforcement Bureau
Montana Dept. of Justice
State Capitol
Helena, Montana  59601

Charles E. Erdmann
Chief Staff Attorney
Antitrust Enforcement Bureau
Montana Dept. of Justice
State Capitol
Helena, Montana  59601

STATE OF TENNESSEE  (C-24)
William J. Haynes, Jr.
Deputy Attorney General
State of Tennessee
Office of the Attorney General
450 James Robertson Parkway
Nashville, Tennessee  37219

STATE OF NEW HAMPSHIRE (C-25)
Thomas D. Rath, Esquire
Attorney General
Antitrust Unit
Office of the Attorney General
State House Annex
Concord, New Hampshire  03301

FRANZ STATIONERY CO. (C-26)
Phillip C. Goldstick, Esq.
Alan L. Fulkerson
Goldstick & Smith
180 N. LaSalle Street
Chicago, Illinois  60601

MILBANK MUTUAL INSURANCE CO., ET AL. (C-27)
W. D. Flaskamp, Esq.
2250 IDS Center
80 South Eighth Street
Minneapolis, Minn.  55402

EAGLE DRUGS, INC. (C-28)
Stewart R. Perry, Esq.
1625 Park Avenue
Minneapolis, Minn.  55404

THE HENNEPIN PRESS, INC., ET AL. (C-29)
Walter E. Riordan, P.A.
1709 First National Bank Bldg.
Minneapolis, Minn.  55402

JPML FORM 2A -- Continuation

Attorney List -- p. __6__

DOCKET NO. __323__ -- In re "Fine Paper" Antitrust Litigation

---

NATIONAL SCHOOL STUDIOS, INC., ET AL. (C-30)
Robert M. Austin, Esq.
Carroll, Cronan, Roth & Austin
600 Minnesota Federal Building
Minneapolis, Minnesota  55402

ROYAL STATIONERY CO., ET AL. (C-31)
Thomas C. Bartsh, Esq.
270 Grain Exchange - North Building
Minneapolis, Minnesota  55415

ADVERTISING UNLIMITED, INC., ET AL. (C-32)
Donna D. Geck, Esq.
Carroll, Cronan, Roth & Austin
600 Minnesota Federal Building
Minneapolis, Minnesota  55402


THE AMERICAN LUTHERAN CHRUCHBOARD
  OF PUBLICATIONS, ETC.  (C-35)
Donald A. Wheat, Esq.
O'Brien & Wheat
925 Dain Tower
Minneapolis, Minnesota  55402


SUSAN R..PATE, ET AL. (C-36)
Ronald Lovitt, Esquire
J. Thomas Hannan, Esq.
Lovitt & Hannan, Inc.
Agriculture Building
Embarcadero at Mission
San Francisco, Calif.  94105

Mark F. Anderson, Esq.
Spear Street Tower
Suite 2501
One Market Plaza
San Francisco, Calif.  94105

E. Craig Moody, Esq.
Niesar, Moody, Hill, Massey
  & Kregstein
Spear Street Tower
Suite 2501
One Market Plaza
San Francisco, Calif.  94105

COUNTY OF ALAMEDA, ET AL. (C-37)
Michael R. Granen
Deputy Attorney General
500 Tishman Building
3580 Wilshire Blvd.
Los Angeles, Calif.  90010

Michael I. Speigel
Patricia A. Cutler
Charles M. Kagay
6000 State Building
San Francisco, Calif.  94102

WESTVACO CORP.
Local Counsel C-36 and C-37)
Stephen S. Mayne, Esquire
Dinkelspiel, Pelavin, Steefel & Levitt
One Embarcadero Center
27th Floor
San Francisco, CA  94111

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _323_ -- _IN RE "FINE PAPER" ANTITRUST LITIGATION_____

| Name of Party | Named as Party in Following Actions |
|---|---|
| BOISE CASCADE CORP. ✓ | C-34, 37 |
| CHAMPION INTERNATIONAL CORP. ✓ | C-34, C-37 |
| GREAT NORTHERN NEKOOSA CORP. ✓ | C-36, C-37 |
| HAMMERMILL PAPER CO. ✓ | C-36, C-37 |
| INTERNATIONAL PAPER CO. ✓ | C-36, C-37 |
| THE MEAD CORPORATION ✓ | C-36, C-37 |
| POTLATCH CORPORATION ✓ | C-36, C-37 |
| SCOTT PAPER COMPANY ✓ | C-36, C-37 |
| ST. REGIS PAPER COMPANY ✓ | C-36, C-37 |
| UNION CAMP CORPORATION ✓ | C-36, C-37 |
| WAUSAU PAPER MILLS CO. ✓ | C-36, C-37 |

p. __2__

| Company | Entries |
|---|---|
| WESTVACO CORP. | C-36, C-37 |
| WEYERHAEUSER COMPANY | C-27, C-28, C-29, C-30, C-31, C-35, C-34, C-37 |
| KIMBERLY CLARK CORP. | A-10  C-8  C-11  C-13  C-14, C-20, C-25, C-26, C-27, C-29, C-30, C-37 |
| CROWN-ZELLERBACH CORP. | A-10  C-8  C-11  C-13  C-20, C-22, C-24  C-25, C-26, C-27, C-29, C-30, C-31, C-32, C-35, C-36, 37 |
| ZELLERBACH PAPER CO. | A-10  C-13  C-16  C-18, C-19, C-20, C-21, C-37 |
| BLAKE MOFFITT & TOWNE | C-10  C-13  C-16  C-18, C-20, C-21, C-36 |
| SAXON INDUSTRIES | C-10  C-15  C-16  C-20, C-21 |
| BUTLER PAPER CO. | C-10  C-13  C-16  C-19 |
| CARPENTER OFFUTT PAPER CO. a Div. of UNISOURCE CORP. | C-10  C-16, C-21, C-36 |
| GRAHAM PAPER CO. | C-10, C-21 |
| INGRAM PAPER CO. | C-10  C-16, C-36 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 323 -- IN RE FINE PAPER  ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| NATIONWIDE PAPER, INC. a div. of CHAMPION INTERNATIONAL CORP. | C-10  C-13   C-16, C-27, C-37 |
| STEWARTS PAPER CO., INC. | C-10 |
| Seaboard Paper Co | C-16, C-36, C-37 |
| J. C. Paper Co. | C-16, C-36, C-37 |
| Noland Paper Co | C-16 |
| DIXON PAPER CORP. | C-18, C-19 |
| ~~Butler Paper Co.~~ Butler Paper Co. | ~~C-14~~ C-27, C-36, C-37 |
| Western Paper Co. Div. of Hammermill | C-20 |
| Kimberly Clark | C-23 C-24 C-30 C-31 C-35 C-36 |
| Nolex Corp. | C-36 |
| | |